UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRITTANY KELLEY and WINDY KELLEY, | * * * |
| Plaintiffs, | * * |
| v. | * Civil Action No. 1:18-cv-11692-IT * |
| WILLIAM R. KELLEY, JR., | * * |
| Defendant. | * |

## ORDER

December 16, 2019

TALWANI, D.J.

Before the court is a <u>Motion to Authorize Interim Distribution of Funds</u> [#75] and a <u>Motion to Authorize Payment for his Services</u> [#76] filed by John C. Ottenberg, Receiver of the assets of defendant William R. Kelley, Jr., ("Receiver"). Counsel for the Receiver has certified that Plaintiff assents to the first of these motions. [#75-2]. The government filed a statement of non-objection to the motions [#79] and neither Defendant nor Plaintiffs filed oppositions to the motions.

In the Motion to Authorize Interim Distribution of Funds [#75], the Receiver seeks to distribute $172,500 to each named plaintiff, for a total distribution of $345,000. In support, the Receiver has filed a budget setting forth the liquidated assets of the Receivership as $1,533,600.18 and the remaining obligations (including contingent obligations) of the Receivership and a general reserve of $50,000, totaling $1,184,909. [#75-1]. Accordingly, the court finds that distribution of $345,000 to Plaintiffs will not prevent the estate from meeting its obligations. As there is no objection from any party, the Receiver's <u>Motion to Authorize Interim</u>

Distribution of Funds [#75] in the amount of $345,000 is ALLOWED.

As to the Motion to Authorize Payment [#76], the Receiver submitted an invoice seeking payment of $20,475 from the Receivership assets for work performed between January 1, 2019, and September 30, 2019. The Receiver sets the firm rate at $350 per hour, which he states was the customary rate for the Receiver and his law partner at the beginning of this case. After reviewing the filing and finding the amounts invoiced to be reasonable, and noting no objection, the Motion to Authorize Payment for His Services [#76] of $20,475 is ALLOWED.

IT IS SO ORDERED.

December 16, 2019

_____
United States District Judge